UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>      Plaintiff,<br><br>v.<br><br>MAYRA GUERRA et al.,<br><br>      Defendants. | Case No. 2:24-cv-10520-SB-KS<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

      Plaintiff filed her complaint against Defendants Mayra Guerra and Zaida Corina Cruz on December 6, 2024. On December 19 and 31, 2024, Plaintiff served Defendants. *See* Dkt. Nos. 13, 14. Defendants failed to timely respond, and Plaintiff sought entry of default against Guerra. Plaintiff has not yet sought entry of default against Cruz. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than February 7, 2025, why her claims against Cruz should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

      The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before February 7, 2025, of an application for entry of default against Cruz under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Cruz.

Date: January 24, 2025

                                                   Stanley Blumenfeld, Jr.
                                                 United States District Judge