SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ANA VENTURA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MAYRA GUERRA D/B/A MAYRA'S BEAUTY SALON UNISEX; ZAIDA CORINA CRUZ; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:24-cv-10520-SB (KSx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: March 14, 2025<br>Time: 8:30 a.m.<br>Courtroom: 6C<br><br>Honorable Judge Stanley Blumenfeld Jr. |

　　　To Defendants MAYRA GUERRA D/B/A MAYRA'S BEAUTY SALON UNISEX; ZAIDA CORINA CRUZ; and the attorneys of record, if any: Please take notice that on March 14, 2025, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff ANA VENTURA will present Plaintiff's motion for default judgment against Defendants MAYRA GUERRA D/B/A MAYRA'S BEAUTY SALON UNISEX and ZAIDA CORINA CRUZ. The Clerk has previously entered the default on said Defendants on January 21, 2025 (Dkt. #16) and January 29, 2025 (Dkt. #19), respectively.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants MAYRA GUERRA D/B/A MAYRA'S BEAUTY SALON UNISEX and ZAIDA CORINA CRUZ are not minors, incompetent persons, or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants MAYRA GUERRA D/B/A MAYRA'S BEAUTY SALON UNISEX and ZAIDA CORINA CRUZ have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,195.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 5568 Gage Ave., Bell Gardens, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants MAYRA GUERRA D/B/A MAYRA'S BEAUTY SALON UNISEX and ZAIDA CORINA CRUZ on February 6, 2025 by first class United States Mail, postage prepaid.

Dated:  February 6, 2025            **SO. CAL. EQUAL ACCESS GROUP**


                          By:    */s/ Jason J. Kim*_____
                                 Jason J. Kim, Esq.
                                 Attorneys for Plaintiff